**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Holmes v. Correctional** | : | **CIVIL NO. 3:CV-07-0220** |
| | **Care, et al.** | : | |
| | | : | |
| **Inmate:** | **Phillip Holmes** | : | **(Judge Kosik)** |
| | | : | |
| **ID Number:** | | : | |

## ORDER

On February 5, 2007, Phillip Holmes, an inmate currently confined at the Lackawanna County Prison, Scranton, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the application to proceed in forma pauperis which is required when filing a civil rights case.  By Administrative Order dated February 8, 2007, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed in forma pauperis.  Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                s/Edwin M. Kosik
                                United States District Judge

DATE:  March 19, 2007